# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

    Plaintiff(s),

v.

FOREST HILLS HOMEOWNER'S ASSOCIATION, INC., et al.,

    Defendant(s).

Case No.: 2:16-cv-00520-RFB-NJK

**Order**

[Docket No. 27]

Pending before the Court is a motion by attorney Steven Loizzi, Jr. to withdraw as counsel for Alessi & Koenig LLC. Docket No. 27. To date, no response has been filed. For good cause shown, the motion is hereby **GRANTED**.

It appears that Alessi & Koenig, through the bankruptcy trustee and her attorney, does not intend to participate further in this case. *See* Docket No. 27 at 20-21 (correspondence related to other cases instructing that "defaults may be taken").[1] To the extent that is not accurate, a notice so indicating shall be filed within 14 days. Otherwise, the other parties may seek appropriate relief regarding Alessi & Koenig's non-participation once the Court lifts the stay currently in place. *See* Docket No. 20.

IT IS SO ORDERED.

Dated: July 19, 2018

                                                  Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] The automatic bankruptcy stay has been terminated for all purposes other than collecting on a judgment obtained against Alessi & Koenig. *See* Docket No. 27 at 30.

1