1  **TYSON & MENDES LLP**
   THOMAS E. MCGRATH
2  Nevada Bar No. 7086
   Email: tmcgrath@tysonmendes.com
3  MARGARET E. SCHMIDT
   Nevada Bar No. 12489
4  Email: mschmidt@tysonmendes.com
   3960 Howard Hughes Parkway, Suite 600
5  Las Vegas, Nevada 89169
   Tel: (702) 724-2648
6  Fax: (702) 938-1048
   *Attorneys for Defendant*
7  *Forest Hills Homeowner's Association, Inc.*



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP, <br><br> Plaintiff, <br><br> vs. <br><br> FOREST HILLS HOMEOWNER'S ASSOCIATION, INC.; and ALESSI & KOENIG, LLC, <br><br> Defendants. | Case No. 2:16-cv-00520-RFB-NJK <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FOREST HILLS HOMEOWNER'S ASSOCIATION, INC. TO FILE RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 30]** <br><br> **(First Request)** |
|---|---|

Defendant Forest Hills Homeowner's Association, Inc. ("Forest Hills") and plaintiff Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing LP ("BANA"), by and through their undersigned counsels of record, hereby stipulate and agree that Forest Hills shall have up to and until June 3, 2019 to file a response to BANA's Motion for Partial Summary Judgment [ECF No. 30] filed on April 10, 2019, as follows:

1. The last day for Forest Hills to respond to BANA's Motion for Partial Summary Judgment is May 1, 2019.

2. The parties are currently engaged in settlement discussions, and need additional time in which to prepare, execute, and file the documents necessary to resolve and dismiss this action.

1

3. Therefore, subject to approval of the Court, the parties stipulate and agree that Forest Hills shall have up to and including June 3, 2019 to file a response to BANA's Motion for Partial Summary Judgment.

4. There is currently no hearing on the Motion scheduled in this matter.

5. This is the parties' first request for an extension of time.

6. The parties respectfully submit that good cause exists for such extension and that this request is not brought for any improper purpose or for purposes of delay.

DATED this 30th day of April, 2019.  DATED this 30th day of April, 2019.

AKERMAN LLP                          TYSON & MENDES LLP

*/s/ Jamie K. Combs*                 */s/ Margaret E. Schmidt*
DARREN T. BRENNER                    THOMAS E. MCGRATH
Nevada Bar No. 8386                  Nevada Bar No. 7086
JAMIE K. COMBS                       MARGARET E. SCHMIDT
Nevada Bar No. 13088                 Nevada Bar No. 12489
1635 Village Center Circle, Suite 200  3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89134              Las Vegas, Nevada 89169
Tel: (702) 634-5000                  Tel: (702) 724-2648
*Attorneys for Plaintiff Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing LP*   *Attorneys for Defendant Forest Hills Homeowner's Association, Inc.*

## ORDER

Based on the foregoing stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that defendant Forest Hills Homeowner's Association, Inc. shall have up to and until June 3, 2019 to file a response to the Motion for Partial Summary Judgment [ECF No. 30].

**IT IS SO ORDERED.**



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: May 1, 2019.

2